IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD C. KOLESAR,<br><br>    Plaintiff,<br><br>v.<br><br>CARTER DUNCAN HOLDING COMPANY d/b/a SEYMOUR DUNCAN,<br><br>    Defendant. | Case No. 1:22-cv-00103-SPB |

## REQUEST TO ENTER DEFAULT

To the Clerk of the U.S. District Court for the Western District of Pennsylvania:

You will please enter the default of Defendant, Carter Duncan Holding Company, for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure as appears from the record and from the affidavit of R. Bruce Carlson, which is attached hereto.

                                               /s/ R. Bruce Carlson
                                               R. Bruce Carlson

AND NOW, THIS __9th__ DAY OF __May__, 2022, pursuant to request to enter default and affidavit filed, default is entered against Defendant for failure to plead or otherwise defend.

                                               BY THE CLERK:



                                               /s/ Colleen Willison
                                               Clerk of the U.S. District Court for the
                                               Western District of Pennsylvania

## CERTIFICATE OF SERVICE

      I hereby certify that on May 6, 2022, a true and correct copy of the foregoing Request to Enter Default was filed electronically and is available for viewing and downloading from the Court's ECF system. I certify also that a true and correct copy will also be served upon the following via FedEx:

Carter Duncan Holding Company<br>
5427 Hollister Avenue<br>
Santa Barbara, California 93111

                                        */s/ R. Bruce Carlson*
                                        R. Bruce Carlson